**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-01849-REB

STEVEN SWEDLUND,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant

to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order for Remand and Judgment** [#24] entered by Judge

Robert E. Blackburn on March 22, 2016, it is

ORDERED that the conclusion of the Commissioner through the Administrative

Law Judge that plaintiff was not disabled is **REVERSED**; it is

FURTHER ORDERED that this matter is remanded this matter is remanded to the

Commissioner for further administrative proceedings pursuant to sentence four of 42

U.S.C. § 405(g); it is

FURTHER ORDERED that judgment shall enter in favor of plaintiff against

defendant in accordance with Fed. R. Civ. P. 58 and consistent with the decision of the

United States Supreme Court in **Shalala v. Schaefer**, 509 U.S. 292, 296-302, 113 S.Ct.

2625, 2628-32, 125 L.Ed.2d 239 (1993); it is

FURTHER ORDERED that plaintiff is awarded his costs to be taxed by the clerk

of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28

U.S.C. § 2412(a)(1).

DATED at Denver, Colorado, this 22nd day of March, 2016.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ Kathleen Finney
        Kathleen Finney
        Deputy Clerk